In the Matter of NEAL J. CUNNINGHAM, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [743 NYS2d 772] —Resignation accepted and name stricken from roll of attorneys. Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.

 In the Matter of ROY C. HOPKINS, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [743 NYS2d 771] —Order of disbarment entered. Respondent's unexcused failure to appear or answer the petition constitutes a default. Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Gorski and Lawton, JJ.

 In the Matter of A. THOMAS HUNT, an Attorney, Resignor. [743 NYS2d 342] —Resignation accepted and name stricken from roll of attorneys. Present—Green, J.P., Pine, Hayes, Scudder and Burns, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR DELANEY, Appellant. [745 NYS2d 734] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Erie County Court, D'Amico, J.— Attempted Burglary, 3rd Degree.) Present—Pigott, Jr., P.J., Pine, Hayes, Wisner and Hurlbutt, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK HANNAH, Appellant. [745 NYS2d 734] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Maloy, J.—Attempted Assault, 2nd Degree.) Present—Pigott, Jr., P.J., Pine, Hayes, Wisner and Hurlbutt, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM MONTAQUE, Appellant. [745 NYS2d 734] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Walsh, J.— Murder, 2nd Degree.) Present—Pigott, Jr., P.J., Pine, Hayes, Wisner and Hurlbutt, JJ.